AO 93 (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
District of Nebraska

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2017 FEB 17 PM 1:36

OFFICE OF THE CLERK

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )   Case No.   8:17MJ43
)
The residence and premises at 6363 Grover Street, )
Trailer #25, Omaha, Douglas County, NE 68106 )
See Attachment B )

**SEALED**

## SEARCH AND SEIZURE WARRANT

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ District of _____Nebraska_____
*(identify the person or describe the property to be searched and give its location)*:

The residence and premises at 6363 Grover Street, Trailer #25 Omaha, Douglas County, Nebraska 68106.

For further information, see Attachment B

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment A for additional details.

**YOU ARE COMMANDED** to execute this warrant on or before   2-21-17   *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____SUSAN M. BAZIS_____.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:   2-14-17 at 10:30 a.m.   *[signature]*
                                                  *Judge's signature*

City and state:     Omaha, Nebraska                SUSAN M. BAZIS, U.S. Magistrate Judge
                                                  *Printed name and title*

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

## Return

| Case No.: 8:17MJ43 | Date and time warrant executed: 2-16-2017 @ 0705 Hours | Copy of warrant and inventory left with: JOEL PALMER |
|---|---|---|

Inventory made in the presence of:
JOEL PALMER

Inventory of the property taken and name of any person(s) seized:

SEE ATTACHED PROPERTY SHEET

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 2-17-2017

Executing officer's signature

BRANDON STIGGE - FBI CETF -TFO
*Printed name and title*

## ATTACHMENT B
## DESCRIPTION OF LOCATION TO BE SEARCHED

The location known as 6363 Grover Street, Trailer #25 Omaha, Douglas County, NE 68106 is identified as follows:

6363 Grover Street, Trailer #25, Omaha, Douglas County, NE 68106 is described as single-family dwelling trailer. The residence is a trailer with white siding and an exterior deck attached on the east side. The exterior door is white in color. The number "25" is displayed on the north side deck railing. The legal description of the residence lot as reported by the Douglas County Assessors Website is LANDS SEC-TWN-RGE 36-15-12 -EX RD & W 142 FT & IRREG S 22.49 E 292.36 FT- E OF MO PAC RR & N OF INTERSTATE H/W NW 1/4 SE 1/4 17.56 AC.




12

## ATTACHMENT A
## LIST OF ITEMS TO BE SEIZED AND SEARCHED

1. All visual depictions, including still images, videos, films or other recordings of child pornography or minors engaged in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256, and any mechanism used for the receipt or storage of the same, including but not limited to:

> Any computer, computer system and related peripherals, including data processing devices and software (including but not limited to central processing units; internal and peripheral storage devices such as fixed disks, external hard drives, floppy disk drives and diskettes, routers, computer compact disks, CD-ROMS, DVD, usb storage devices and flash memory storage devices, and other memory storage devices); peripheral input/output devices (including but not limited to keyboards, printer, video display monitors, scanners, digital cameras, and related communications devices such as cables and connections), as well as any devices, mechanisms, or parts that can be used to restrict access to computer hardware (including but not limited to physical keys and locks).

2. Any and all computer passwords and other data security devices designed to restrict access to or hide computer software, documentation, or data. Data security devices may consist of hardware, software, or other programming code.

3. Any and all documents, records, emails, and internet history (in documentary or electronic form) pertaining to the possession, receipt or distribution of child pornography or visual depictions of minors engaged in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256, or pertaining to an interest in child pornography whether transmitted or received.

4. Any and all records, documents, invoices, notes and materials that pertain to accounts with any Internet Service Provider, as well as any and all records relating to the ownership or use of computer equipment found in the residence.

5. Documents and records regarding the ownership and/or possession of the searched premises.

6. During the course of the search, photographs of the searched premises may also be taken to record the condition thereof and/or the location of items therein.

## UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property Received/Returned/Released/Seized

File # 305T-OM-2133612

On (date) February 16, 2017

item(s) listed below were:
- [ ] Received From
- [ ] Returned To
- [ ] Released To
- [X] Seized

(Name) Joel Palmer
(Street Address) 6363 Grover Street, Trailer 25
(City) Omaha, Nebraska

Description of Item(s):
1) Five thumb drives (2 San Disk; 2 PNY; 1 FCCE)
2) Thrivent Financial one page statement
3) Acer laptop computer; S/N NXG15AA00152024F207600 and power cord
4) Samsung Galaxy S6 - black
5) Samsung SM-G360P - white
6) San Disk thumb drive - black
7) Rasberry PI
8) Samsung hard drive; S/N S013J10Y355301
9) Western Digital hard drive; S/N WM949
10) Western Digital hard drive; S/N WT3361668470
11) Samsung hard drive; VG34323A
12) Seagate hard drive; S/N 3LJ2YF1K
13) Western Digital hard drive; S/N WT527
14) PNY thumb drive
15) 2 GB micro SD card
16) Transcend external hard drive - 1TB; C705291558
17) Dell Inspiron 14 laptop computer; S/N B9N0932 w/ power cord
18) LG cell phone; GPLGB4OGB; S/N 311CQYQ302122

Received By: SA [signature] (Signature)   Received From: [signature] (Signature)